**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-CIV-62451-RAR**

**PATRIZIA INFANTE**, individually and on
behalf of all others similarly situated,

      Plaintiff,

v.

**CORE DIGITAL MARKETING, LLC**,

      Defendant.

_____/

**ORDER OF DISMISSAL**

**THIS CAUSE** comes before the Court upon Plaintiff Patrizia Infante's Notice of Voluntary Dismissal with Prejudice [ECF No. 14] ("Notice"), filed on December 14, 2020. The Court having reviewed the Notice, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that all claims of Plaintiff, individually, are hereby **DISMISSED** *with prejudice*. All claims of the putative class members are hereby **DISMISSED** *without prejudice*. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 14th day of December, 2020.

                                                  _____
                                                  **RODOLFO A. RUIZ II**
                                                  **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record